**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, JILLIAN TACKLING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>           Plaintiff,                               )<br>                                                            )<br>                                                            )<br>                                                            )<br>vs                                                      )<br>                                                            )<br>JILLIAN TACKLING,                      )<br>                                                            )<br>           Defendant.                            )<br>_____ ) | CASE NO: 6:09-mj-00130-YNP<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE TO<br>AUGUST 11, 2009;<br>ORDER |

   IT IS HEREBY STIPULATED by and between the Defendant, JILLIAN TACKLING, her Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, ED DUNLAVEY, that the Status Conference in the above-captioned matter currently scheduled for July 28, 2009, at 10:00 a.m. be continued until August 11, 2009 at 10:00 a.m. Defense counsel is unavailable due to an emergency court appearance in the U.S. District Court Eastern District of California in Fresno that was scheduled by the court on Friday, July 24, 2009.

Dated: July 24, 2009

                                                                    By:  /s/ Carol Ann Moses
                                                                              CAROL ANN MOSES
                                                                              Attorney for Defendant
                                                                              JILLIAN TACKLING

Dated: July 24, 2009

                                                                    By:  /s/ Ed Dunlavey
                                                                              ED DUNLAVEY
                                                                              Legal Officer for the
                                                                              National Park Service

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of Status Conference until August 11, 2009, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference for Defendant, JILLIAN TACKLING, shall be continued to August 11, 2009 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   July 27, 2009**             **/s/ Larry M. Boyle**
UNITED STATES MAGISTRATE JUDGE